Romig, Appellant, *v.* Denkel et al., Exr.

Argued May 10, 1937. Before SCHAFFER, MAXEY, LINN, STERN and BARNES, JJ.

*James F. McClure,* with him *Kenneth A. Bidlack,* for appellant.

*Miller Alanson Johnson,* with him *William L. Showers,* for appellee.

PER CURIAM, June 25, 1937:

Ella Amanda Printzenhoff made a deposit of her own money in the West Milton State Bank, designating it: "Ella Amanda Printzenhoff or Mrs. Ellen Romig." On the death of Ella Amanda Printzenhoff the account was claimed by Ellen Romig as the survivor of a joint tenancy therein.

The court below determined as a matter of law that under the evidence submitted there was no right of sur-

vivorship and directed a verdict for the defendants. The proofs failed to establish a joint tenancy and the case is ruled by *Zellner's Est.*, 316 Pa. 202, 172 A. 715.

The assignments of error relating to the court's exclusion of certain testimony offered by plaintiff are without merit and are accordingly dismissed.

Judgment affirmed.